December 1, 1964

Bodnar, Appellant, *v.* McKeesport.

Argued November 13, 1964; reargument refused. *Frank R. Bolte,* with him *Edward J. McGinness,* for plaintiff, appellant; *William E. Hoey,* with him *Stein and Winters,* for City of McKeesport, defendant, appellee; *Robert C. Little,* with him *Burns & Manley,* for defendant, appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.